# EXHIBIT F

**From:** Karen Boll
**Sent:** Tuesday, March 06, 2018 8:33 AM
**To:** 'hhudson@zacfirm.com'; 'doughughes@williamshugheslaw.com'
**Cc:** Shawn Cabot
**Subject:** Elizabeth Lowing v Jusin Visser, et al. USDS (Western) Case No: 17-00650

Dear William and Heidi,

I am writing to follow up on our outstanding discovery requests in the above referenced matter. Specifically, our office has yet to receive any response to Plaintiff's First Set of Interrogatories and First Requests for Production of Documents which were served back on October 11, 2017. Additionally, our office has not received any response to Plaintiff's Second Request for Production of Documents which was served on or about December 12, 2017.

On March 1, 2018, you were sent a letter via facsimile reminding you of the above outstanding discovery. However, our office has received no response to this letter, whatsoever.

Accordingly, we will be seeking the Court's intervention in this matter by filing a Motion to Compel Discovery and for Costs and Attorney Fees due to this failure to respond to any of our discovery requests.

Pursuant to Local Rule 7.1 for the Western District of Michigan, I am seeking your concurrence in the relief sought.

Thank you for your prompt attention to this matter and your anticipated compliance with the Court Rules without the need to obtain the Court's intervention.

Very truly yours,

Karen Boll



Christopher Trainor & Associates
Phone: 800.961.8477 ext 115 | Fax: 248.698.3321
9750 Highland Road, White Lake, Michigan 48386
karen.boll@cjtrainor.com

This transmission is CONFIDENTIAL and intended for use by the identified parties only. If this transmission is received in error, please contact CHRISTOPHER TRAINOR & ASSOCIATES at the above listed address, email, facsimile or telephone, and destroy all copies upon receipt.