UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELIZABETH LOWING,

    Plaintiff,

v.                                                                           Case No. 1:17-CV-650

JUSTIN VISSER, et al.                       HON. GORDON J. QUIST

    Defendants.
_____/

## ORDER SCHEDULING MOTIONS HEARING

Oral argument on Defendants' Motions For Summary Judgment (ECF Nos. 42 & 44) will be heard **April 17, 2019, at 2:00 PM**, which was the date and time set for Final Pretrial Conference. The Final Pretrial Conference is **adjourned without date**.

Dated: January 15, 2019                                        /s/ Gordon J. Quist
                                                                   GORDON J. QUIST
                                                     UNITED STATES DISTRICT JUDGE